Date of Arrest: **04/27**

# United States District Court

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Jose Carlos ARGUELLES-Adame AKA: None Known 087540533 YOB: 1978 Citizen of: Mexico  Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Case No. 22-1678MJ  COMPLAINT FOR VIOLATION OF  Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |
|---|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about April 27, 2022 Defendant Jose Carlos ARGUELLES-Adame, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about May 06, 2010. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos
SAD for JAB

_Michelle Hernandez_
Signature of Complainant

Anastasiya Katekhina
Border Patrol Agent

Sworn to before me and subscribed telephonically,

__April 28, 2022__  at  __Yuma, Arizona__
Date                    City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Jose Carlos ARGUELLES-Adame
AKA: None Known
087540533

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about April 27, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Eloy, Arizona on or about August 14, 2009. The Defendant has been removed on two previous occasions. The Defendant was most recently removed on or about May 06, 2010, through the port of Nogales, Arizona, subsequent to a conviction in a Superior Court, State of Arizona, County of Maricopa, on or about May 01, 2009, for the crime of Armed robbery, a felony.

Agents determined that on or about April 27, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Francisco Noriega, Joel Lara, Luis Lopez.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Terry Williams.

_Michelle Hernandez_
Signature of Complainant

Sworn to before me and subscribed telephonically,

April 28, 2022
Date

_[signature]_
Signature of Judicial Officer